UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Comcast of Needham, Inc. | ) Case No.: |
| Plaintiff | ) **CORPORATION DISCLOSURE** |
| | ) **STATEMENT** |
| vs. | ) |
| Tracey Pitocchelli | ) |
| Defendant | ) |

**Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Needham, Inc. (hereinafter "Comcast"), a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Needham, Inc., is a Delaware Corporation and maintains offices at 6 Campanelli Drive Andover, MA;

2. Comcast of Needham, Inc. is wholly owned by Comcast Cable Communications Holdings, Inc.

Respectfully Submitted for the Plaintiff,
Comcast of Needham, Inc.
By Its Local Counsel,

_____
John M. McLaughlin
**MCLAUGHLIN SACKS**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Date