※AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Needham, Inc.

V.

Tracey Pitocchelli

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04 10692 RWZ**

TO: (Name and address of Defendant)

Tracey Pitocchelli
54 Sachem Road
Needham, MA 02494

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE APR 5 2004

**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

April 23, 2004

I hereby certify and return that on 4/21/2004 at 08:10 am I served a true and attested copy of the summons, complaint and civil cover sheet, corporation disclosure statement and category sheet in this action in the following manner: To wit, by delivering in hand to Tracey Pitocchelli at 54 Sachem Road Needham, MA 02494. Conveyance ($4.50), Copies-Attestation ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($7.68) Total Charges $48.18

_____
Deputy Sheriff

**Deputy Sheriff James E. Riggs**

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                    Date                      Signature of Server

                                _____
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.