## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| Comcast of Needham, Inc. | ) Case No.: 04cv10692 RWZ |
| | ) |
| Plaintiff, | ) |
| | ) **SUBSTITUTE APPEARANCE** |
| vs. | ) |
| | ) |
| Tracey Pitocchelli | ) |
| | ) |
| | ) |
| | ) |

To the Court and all parties of record:

The undersigned, Attorney John M. McLaughlin, counsel for the Plaintiff, has recently been made a Partner in the firm of Green, Miles, Lipton & Fitz-Gibbon. Accordingly, please enter my appearance as counsel for the Plaintiff with my new contact information in this action. This appearance is in lieu of and in substitution of my contact information now on the docket.

Respectfully Submitted for Comcast
By Its Attorney,

John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon**
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
Phone 413-586-8218
Direct line 413-586-0865
Fax 413-584-6278

9/10/04
Date

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the ___ day of ___, 2004, a copy of the foregoing was sent via first class mail to:

Tracey Pitocchelli
54 Sachem Road
Needham, MA 02494

_____
John M. McLaughlin, Esq.