UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **Comcast of Needham, Inc.** ) | Case No.: **04-1069 2RWZ** |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. ) | **WITH PREJUDICE** |
| ) | |
| **Tracey Pitocchelli** ) | |
| ) | |
| Defendant ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
Comcast of Needham, Inc.
By Its Attorney,

9/17/04
Date

John M. McLaughlin
Green, Miles, Lipton and Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

**CERTIFICATE OF SERVICE**

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this _____ day of _____, 2004, a copy of the foregoing Notice of Dismissal was mailed first class to:

Attorney Carl Young
O'Neil and Young, P.C.
43 Thorndike Street
Cambridge, MA 02141

_____
John M. McLaughlin, Esq.